IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEBRA KAY RHODES                                                                PLAINTIFF

V.                               CASE NO. 3:13CV00113 JTK

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                  DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 15th day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE